HENRY B. CALDWELL, as Administrator de Bonis Non with the Will Annexed of ANNIE B. FRISBIE, Deceased, Appellant, *v.* ROBERT L. LUCAS et al., as Executors of JOHN W. HUNT, Deceased, Respondents.

(Submitted May 29, 1922; decided June 1, 1922.)

Motion to recall remittitur and to vacate decision granted, without costs. Motion to substitute Nicholson as administrator c. t. a. as defendant, respondent, granted and case placed on calendar for third Monday of present session for argument. (See 233 N. Y. 248.)